381 A.2d 904

Corns v. Corns, Appellant.

Argued September 14, 1977.   William H. Agnew, for appellant;  Joseph M. Reibman, with him Reibman and Reibman, for appellee.

Decree affirmed.